UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDY LASHAWN FORTNER,

        Plaintiff,

  v.

CLINE, et al.,

        Defendants.

Case No. 25-cv-03368-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/8/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge